UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under the Will of RICHARD N. PETERSON, Deceased, Respondent, *v.* SCHUYLER S. WHEELER, Individually, as Executor of ELLA A. WHEELER, Deceased, and as Administrator of the Estate of RICHARD S. WHEELER, Deceased, Respondent, and MARY A. STEPHENS et al., Appellants, Impleaded with Others.

*United States Trust Co.* v. *Wheeler,* 73 App. Div. 289, affirmed.
(Argued January 28, 1903; decided February 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 18, 1902, which affirmed a judgment of Special Term construing the will of Richard N. Peterson, deceased.

*Jacob W. Kahn* and *Edwin M. Wight* for appellants.

*William N. Cohen* and *Messmore Kendall* for defendant, respondent.

*Edward W. Sheldon* for plaintiff, respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, CULLEN and WERNER, JJ. Absent : O'BRIEN, J.

---

MAY A. FLANAGAN, as Administratrix of PETER FLANAGAN, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Flanagan* v. *N. Y. C. & H. R. R. R. Co.,* 70 App. Div. 505, affirmed.
(Argued January 28, 1903; decided February 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 17, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Henry Purcell* for appellant.

*Thomas Hogan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, CULLEN and WERNER, JJ. Not sitting: GRAY, J. Absent: O'BRIEN, J.